# Notice Recipients

District/Off: 0970–3     User: admin     Date Created: 5/19/2025
Case: 3:24–bk–10617–DPC     Form ID: vanodc     Total: 25

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| cr | PHH Mortgage Corporation | |
| cr | Hall Tam | |
| cr | Wells Fargo Bank, National Association as Trustee for Soundview Home Loan Trust 2007–OPT1, Asset–Backed Certificates, Series 2007–OPT1 | |

TOTAL: 3

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | JANET MARIE SPEARS | ecfazb@aldridgepite.com |
| aty | JOSEPHINE 1 SALMON | ecfazb@aldridgepite.com |
| aty | Robert Christopher Reade | creade@crdslaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | ROBERT CLYDE PORTER, II | 75 ELYSIAN DR SEDONA, AZ 86336 |
| cr | Ally Financial c/o AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS Oklahoma City, OK 73118 |
| cr | Grace Tam | 1333 N. Buffalo Drive, Ste. 210 Las Vegas, NV 89128 |
| cr | Wells Fargo Bank, National Association as Trustee for Soundview Home Loan Trust 2007–OPT1, Asset–Backed Certificates, Series 2007–OPT1 | 6267 Old Water Oak Road, Suite 203 Tallahassee, FL 32312 |
| cr | Wells Fargo Bank, National Association as Trustee forSoundview Home Loan Trust 2007–OPT1, Asset–Backed Certificates, Series 2007–OPT1 C/oNewRez LLC d/b/a Shellpoint Mortgage Servicing | P.O. Box 10826 Greenville, SC 29603–0826 UNITED STATES |
| tr | LAWRENCE J. WARFIELD | P.O. BOX 3350 CAREFREE, AZ 85377 |
| smg | AZ DEPARTMENT OF REVENUE | BANKRUPTCY & LITIGATION 1600 W. MONROE, 7TH FL. PHOENIX, AZ 85007–2650 |
| 17669795 | GLOBAL EXPRESS CAPITAL | 12121 WILSHIRE BOULEVARD SUITE 1120 LOS ANGELES CA 90035 |
| 17602812 | HALL AND GRACE TAM | 1333 N BUFFALO DR #210 LAS VEGAS NV 89128 |
| 17669796 | HALL TAM AND GRACE TAM | C/O R CHRISTOPHER READE 4560 S DECATUR BLVD LAS VEGAS NV 89103 |
| 17607771 | Hall Tam, 1333 N. Buffalo Dr., Ste. 210, Las Vegas | Grace Tam, 1333 N. Buffalo Dr., Ste. 210 |
| 17602811 | JENNIFER LOUISE BANISZEWSKI | 125 W. WASHINGTON AVE GILBERT AZ 85233 |
| 17607594 | LVNV Funding, LLC | Resurgent Capital Services PO Box 10587 Greenville, SC 29603–0587 |
| 17669794 | MAVO FOUNDATION | 310 GLISTENING CLOUD DRIVE HENDERSON NV 89012 |
| 17700286 | NewRez LLC d/b/aShellpoint MortgageServicing | P.O. Box 10826 Greenville, SouthCarolina 29603–0826 |
| 17669793 | WELLS FARGO BANK | C/O PHH 1661 WORTHINGTON ROAD SUITE 100 WEST PALM BEACH FL 33498 |
| 17602809 | WELLS FARGO BANK, NA | C/0 NEW REZ/PHH MORTGATE 601 OFFICE CENTER DRIVE #100 FORT WASHINGTON PA 19034 |
| 17602810 | WESTLAKE FINANCIAL | 4751 WILSHIRE BLVD #100 LOS ANGELES CA 90010 |
| 17646744 | Wells Fargo Bank, National Association as Trustee | c/o PHH Mortgage Corporation Attn: Bankruptcy Department PO Box 24605 West Palm Beach, FL, 33416 |

TOTAL: 19