Robert C. Porter
75 Elysian Drive
Sedona, AZ 86336
928-707-3526
rcporter67@gmail.comt
Debtor Filing *Pro Se*

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| In Re: | In The Proceedings Under Chapter 7 |
|---|---|
| **Robert Clyde Porter II**<br>Debtor, Filing *Pro Se* | **Case No. 3:24-bk-10617-DPC**<br><br>DEBTOR's MOTION TO VOLUNTARILY DISMISS CHAPTER 7 CASE |

COMES NOW the Debtor, Robert Clyde Porter II (herein the "Debtor") to request a Voluntary Dismissal of the captioned Chapter 7 Bankruptcy Case (3:24-bk-10617-DPC) so that the Debtor may complete good faith negotiations regarding a loan modification with Wells Fargo Bank National Association as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1 ("Wells Fargo").

On December 12, 2024, Debtor filed a Chapter 13 bankruptcy petition in order to protect his home from a pending foreclosure and Trustee Sale by Wells Fargo. On April 23, 2025, Debtor filed a Motion converting his Chapter 13 case to a Chapter 7 case because Debtor's debt ratios exceeded those permitted under Chapter 13 guidelines.

Debtor's application for loan modification was denied by Wells Fargo on April 3, 2025 (see attached Exhibit A), after Wells Fargo transferred the servicing of Debtor's mortgage loan from PHH Mortgage Servicing ("PHH") to Shellpoint Mortgage Servicing ("Shellpoint"). Debtor was advised by Shellpoint that his requested loan modification was denied because, according to Wells

Fargo's rules, they will not negotiate a loan modification with any borrower who is in an active bankruptcy.

Therefore, in order for the Debtor to complete negotiations for a loan modification with Shellpoint, Debtor must voluntarily dismiss the captioned bankruptcy case, which is scheduled for a 341 hearing on June 10, 2025. Debtor has been physically indisposed while he has been recovering from two major spinal surgeries performed at Mayo Clinic on November 29, 2024 and December 8, 2024.

WHEREFORE, Robert Clyde Porter II respectfully requests that the Court grant this Motion for Voluntary Dismissal of Debtor's Chapter 7 case.

Respectfully submitted this **2ⁿᵈ** day of **June, 2025**.

DEBTOR

By:_____,
**Robert C. Porter**, *pro se*

Copy of the foregoing mailed and/or electronically sent
This 20th day of May, 2025.

All Creditors on the Master Mailing Matrix as set forth in
the Certificate of Mailing and listed below.

| Creditor: | With Copy to: |
|---|---|
| **WELLS FARGO BANK NA**, As Trustee for Soundview Home Loan Trust 2007-OPT1 Asset Backed Certificates, Series 2007-OPT1<br>C/O PHH Mortgage Services<br>PO Box 24738<br>West Palm Beach, FL 33416<br>888-820-6474 | |
| Hall Tam and Grace Tam<br>1333 N Buffalo Dr # 210<br>Las Vegas, NV 89128 | R. Christopher Reade<br>Reade & Associates<br>1333 N Buffalo Dr # 210<br>Las Vegas, NV 89128<br>(702) 794-4411 |
| Jennifer Louise Baniszewski<br>125 W. Washington Ave.<br>Gilbert, AZ 85233<br>480-353-1523 | |
| Westlake Financial<br>4751 Wilshire Blvd #100,<br>Los Angeles, CA 90010<br>(888) 893-7937 | |
| Western Progressive – Arizona, Inc.<br>7730 Market Center Ave., Ste 100<br>El Paso, TX 79912<br>877-839-7117 | |

**EDWARD J. MANEY**
CHAPTER 13 TRUSTEE
SUITE 1775
101 North 1st Avene
Phoenix, AZ 85003

# EXHIBIT A

**Letter from Wells Fargo Denying Debtor's
Loan Modification Request**

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED







S-SFRECS20 L-2501 R-136
PLMWC300201544 - 820949769 I03482
ROBERT C PORTER
CHERYL COVEY PORTER
75 ELYSIAN DR
SEDONA AZ 86336-6838

| CONTACT INFORMATION | |
|---|---|
| Correspondence: | P.O. Box 10826 |
| | Greenville, SC 29603-0826 |
| Business Hours: | Monday - Friday: 8:00AM-9:00PM |
| | Saturday: 8:00AM-1:00PM |
| Phone: | 866-825-2174 |
| Fax: | 866-467-1187 |
| Website: | www.shellpointmtg.com |

04/03/2025

Loan Number: 0692529456
Property Address: 75 ELYSIAN DR
SEDONA, AZ 86336

Dear Homeowners:

Thank you for contacting us about your mortgage. You were evaluated for mortgage payment assistance based on the eligibility requirements of Wells Fargo Bank, National Association as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1, the owner of your mortgage loan.

**We evaluated you for the following loan modification product(s). Based on our review of your loan, property, and financial circumstances, you are not eligible for the following loan modification due to the following reason(s):**

- Standard Modification – The property evaluated for modification is not an eligible property to be modified.

**HAF Homeowner Assistance Fund**
There may be additional forms of assistance available to you, the Homeowner Assistance Fund (HAF) program established under the American Rescue Plan Act of 2021 may be available in your area. The goal of the HAF program is to aid homeowners in avoiding foreclosure by providing mortgage assistance for borrowers in need. If you are interested in information about the HAF program and instructions on applying for assistance, please visit **www.ncsha.org/homeowner-assistance-fund** for HAF program details and links for each state. To apply for HAF assistance you must follow the instructions provided on your state's HAF website. We do not participate in the program qualification process with the HAF state agency.

We understand that you may be facing financial difficulties. While we are not able to approve you for a loan modification, we may have other programs available to help.

While it may be difficult to make the decision to leave your home, you may be eligible for the programs listed below. These can help provide a fresh start toward a new home by covering a portion of your relocation expenses. Please call us at 866-825-2174 to discuss further documentation required for program eligibility and approval.

- **Short Sale** – A short sale involves the sale of the home for less than the balance you owe. If the owner of your loan agrees to a short sale, you can sell your home and pay off all (or a portion of) your balance with the proceeds.
- **Deed-in-Lieu of Foreclosure** – With a Deed-in-Lieu of Foreclosure, you transfer the title of your property to the owner of your mortgage in exchange for a release from your loan and payments.

**If you can, please pay in full *immediately*.** We recognize that being denied for a loan modification may be disappointing news for you. However, to avoid additional expenses resulting from late payments and foreclosure, it is important you make the full payment listed above or contact us regarding the additional options presented above as quickly as possible.

Remember, your mortgage payment was due on 11/01/2023 and has accrued late charges of $940.32.

Please send your payment to:

Shellpoint Mortgage Servicing
P.O. Box 60535
City of Industry, CA 91716-0535

If your mortgage loan was reinstated and you have subsequently experienced a financial hardship, you may contact us to request reconsideration for mortgage payment assistance.

Newrez LLC dba Shellpoint Mortgage Servicing NMLS ID 3013

You may obtain additional documentation supporting this denial decision by sending a written request to us. If you have questions about this letter and how to reinstate your mortgage, please contact us at 866-825-2174. Should you have any questions regarding the evaluation of your mortgage for foreclosure alternatives, you can visit our Borrower Web Portal at www.shellpointmtg.com to apply for assistance, upload application documents, or contact us through our Secure Message Center. You can also contact our Single Point of Contact ("SPOC") department at 866-825-2174. Documents can also be faxed to us at 866-467-1187. Please reference your loan number when contacting us regarding this request.

Making decisions about your mortgage when you're facing financial challenges can be uncomfortable. With so much information available, it's hard to know where to turn. We are ready to assist you in exploring the best option for your individual situation!

### Additional Resources

For a list of HUD-approved housing counseling agencies that can provide free foreclosure prevention and debt management information, as well as translation or other language assistance, contact one of the following federal government agencies.
- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

**We're here to help.** It's our privilege to be your mortgage servicer, and we're committed to providing you with the best possible service. If you have any questions or need assistance, please contact us at 866-825-2174.

**¿Hablas español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 866-825-2174.

Sincerely,

Loss Mitigation Department
Shellpoint Mortgage Servicing

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580.



PLMWC300201544 I003484 S-SFRECS20 L-2501 A-0692529456

**Please read the following important notices as they may affect your rights.**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 866-825-2174 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-825-2174 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 866-825-2174，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

# DURABLE GENERAL POWER OF ATTORNEY

The undersigned **Robert C. Porter** (hereinafter the "Principal"), whose address is 75 Elysian Drive; Sedona, Arizona 86336, hereby appoints as his Agent and Attorney-In-Fact **Jennifer Louise Baniszewski** (hereinafter the "Agent") whose address, for purposes of this Durable Power Of Attorney (POA), is also 75 Elysian Drive; Sedona, Arizona 86336.

This is a replacement POA, executed by the Principal in Alachua County Florida, Principal's temporary place of residence. This POA has been prepared in accordance with Arizona Revised Statutes 14-5501 (Durable power of attorney; creation; validity), and provides a Witness and Notary, as required by ARS 14-5501. It supersedes and replaces in its entirety the Durable General Power Of Attorney originally executed by the Principal on the 26th day of September, 2021 (the "Effective Date").

**THIS REPLACEMENT POA CONTINUES TO BE IN EFFECT AS OF THE EFFECTIVE DATE, AND SHALL NOT BE AFFECTED BY ANY DISABILITY, INCAPACITY OR INCOMPETENCY OF THE PRINCIPAL OR BY LAPSE OF TIME.**

## ARTICLE ONE – GRANT OF POWERS

By these presents, the Principal hereby grants to the Agent full power and authority, as though the Agent were the absolute owner of Principal's assets and liabilities, to perform any and all acts in his name, place, and stead, including the acts expressly provided for below. The Agent is authorized to perform those acts, in the Principal's name, as if he were personally present and not disabled, incapacitated or incompetent. By placing his initials following the description of each selected power set forth below, and by causing the Witness to place her initials beside his initials for each selected power, Principal acknowledges that he has reviewed and expressly approved the delegation hereunder of each selected power to Agent:

1.1 **Power to Buy and Sell.** Agent shall have the power to transfer, sell, purchase, lease, encumber, assign, exchange, convey, or exercise any option, election, privilege or power with respect to any or all of Principal's property, real and personal, tangible and intangible, within or without the State of Arizona, as the Agent in her sole discretion determines.

Initials: _____ Principal    Initials: _____ Witness

1.2 **Power with Respect to Bank Accounts.** Agent shall have the power to establish accounts of all kinds, including, without limitation, checking and savings accounts, on Principal's behalf with financial institutions of any kind, including banks and other financial institutions; to modify, terminate, make deposits to, or write checks or make withdrawals from, and grant security interests in all accounts in Principal's name, or with respect to which Principal is an authorized signatory. Agent may negotiate, endorse or transfer any checks or other instruments with respect to any such accounts; and to contract for any services rendered by any bank or financial institution.

Initials: _____ Principal    Initials: _____ Witness

1.3 **Power with Respect to Safe Deposit Boxes.** Agent shall have the power to contract with any institution for the maintenance of a safe deposit box in Principal's name; to have access to all safe deposit boxes in Principal's name, whether or not the contract for such safe deposit box was executed by Principal (either alone or jointly with others) or by the Agent in Principal's name. Agent may add to and remove from the contents of any such safe deposit box and to terminate any and all contracts for such boxes.

Initials: _____ Principal    Initials: _____ Witness

1.4 **Power to Demand, Receive, Prosecute or Defend.** Agent shall have the power to ask, demand, sue for and receive all sums of money which are, or shall become due, owing or payable to Principal, or which belong or shall belong to Principal, whether social security benefits, pension payments, individual retirement accounts, dividends, interests, annuities, debts, or other receivables; and to use all lawful ways and means in Principal's name for the recovery thereof, and to prosecute or defend actions, claims or proceedings in any jurisdiction, and to defend suits at law.

Initials: _____ / Principal           Initials: _____ / Witness

1.5 **Power with Respect to Brokerage Accounts.** Agent shall have the power, with respect to any account with any brokerage firm to: (a) effect purchases and sales (including short sales), to trade in stocks, bonds, options or other securities, or limited partnership interests or investments and trust units, foreign exchange, commodities, and contracts relating to same (including commodity futures) on margin or otherwise, for Principal's account(s); (b) deliver to any third party securities for Principal's account(s), and to instruct any third party to deliver securities from Principal's account(s) to any other brokerage firm or to others, and in such name and form as the Agent may direct; (c) instruct any third party to make payment of moneys from Principal's account(s) with any third party, and to receive and direct payments therefrom payable to Principal or to others; (d) sell, assign, endorse and transfer any stocks, bonds, options or other securities of any nature, standing in Principal's name, and to execute any documents necessary to effectuate the foregoing; (e) receive statements of transactions made for Principal's account(s); (f) approve and confirm the same, to receive any and all notices, calls for margin, or other demands with reference to Principal's account(s); and (g) make any and all agreements with any third party with reference thereto for Principal, and on Principal's behalf.

Initials: _____ / Principal           Initials: _____ / Witness

1.6 **Employ Consultants.** To employ, compensate and terminate the services of financial, investment and legal advisors and consultants.

Initials: _____ / Principal           Initials: _____ / Witness

1.7 **Power with Respect to Insurance.** Agent shall have the power to purchase, maintain, surrender, collect or cancel: (a) life insurance or annuities of any kind on Principal's life; (b) liability insurance protecting Principal and Principal's estate against third party claims; (c) hospital insurance, medical insurance, Medicare supplement insurance, custodial care insurance, and disability income insurance for Principal or any of Principal's dependents, and (d) casualty insurance insuring assets of Principal against loss or damage due to fire, theft, or other commonly insured risk; to pay all insurance premiums, to select any options under such policies, to increase coverage under any such policy, to borrow against any such policy, to pursue all insurance claims on Principal's behalf, to adjust insurance losses; and the foregoing powers shall apply to private and public plans, including, without limitation, Medicare, Medicaid, and Workers' Compensation.

Initials: _____ / Principal           Initials: _____ / Witness

1.8 **Power to Provide for Principal's Support.** Agent shall have the power to do all acts necessary to maintain Principal's customary standard of living, to provide living quarters by purchase, lease or other arrangement, or by payment of the operating costs of Principal's existing living quarters, including interest and amortization payments, repairs and taxes, to provide normal domestic help for the operation of Principal's household, to provide clothing, transportation, medicine, food and incidentals, and if necessary to make all necessary arrangements, contractual or otherwise, for Principal at any hospital, hospice, nursing home, convalescent home or similar establishment, or in

Principal's own residence should Principal desire it, and to assure that all of Principal's essential needs are provided for at such a facility or in Principal's own residence, as the case may be.

Initials: /s/ Principal    Initials: /s/ Witness

**1.9** **Power with Respect to Principal's Health and Well-being.** Agent shall have the power to do all acts necessary to maintain Principal's personal health and physical well-being, including communications with, and instructions to, medical doctors and other medical care professionals.

Initials: /s/ Principal    Initials: /s/ Witness

**1.10** **Income Tax Returns.** Agent shall have the power to prepare and file any federal, state or local income tax return on Principal's behalf and to deal with any governmental agency with respect to any of Principal's tax returns.

Initials: /s/ Principal    Initials: /s/ Witness

**1.11** **Nomination of Guardian/Conservator.** It is Principal's hope and intention that, by executing this instrument, Principal has obviated the need for a guardianship and/or conservatorship of Principal's person and of Principal's estate. However, if it should become necessary for a guardian and/or conservator to be appointed for Principal's person or for Principal's estate, then Principal hereby nominates Agent to so serve.

Initials: /s/ Principal    Initials: /s/ Witness

**1.12** **Benefit to Agent.** Agent shall be entitled to receive reasonable compensation for any services provided as Principal's Agent, up to $500.00 per day, if and when requested by Agent. Agent shall also be entitled to reimbursement of all reasonable expenses incurred as a result of carrying out the provisions of this Power of Attorney.

Initials: /s/ Principal    Initials: /s/ Witness

## ARTICLE TWO – GENERAL PROVISIONS

**2.1** **General Power of Appointment.** Nothing in this instrument shall be construed as creating in the Agent a general power of appointment exercisable in Agent's own behalf, or for the benefit of Agent's estate, creditors, or creditors of the estate of the Agent.

**2.2** **Limitations on Authority.** The Agent shall not have any power to amend, alter, or revoke any will or codicil of Principal.

**2.3** **Revocation of Prior Powers of Attorney.** Principal hereby revokes any and all powers of attorney, whether general or limited, previously granted by Principal, and Principal hereby terminates all agency relationships created thereunder, including, without limitation, those relationships of all successor agents named therein, if any, except any powers granted by Principal on forms provided by financial institutions granting the right to write checks or deposit funds to, or withdraw funds from, accounts to which Principal is a signatory.

**2.4** **Ratification.** Principal hereby ratifies and approves any act, or failure to act, of the Agent in good faith, and any such act done by Agent at any time, including but not limited to, any act done at any time during which Principal is disabled, incompetent or incapacitated, or at any time at which there is uncertainty as to whether Principal is dead or alive, shall, unless otherwise invalid or unenforceable, have the same effect and bind Principal, Principal's guardian, heirs, distributees,

legatees, devisees, assignees, and personal representatives to the same extent as if Principal had been alive and not disabled, incapacitated, or incompetent at the time of such act.

2.5 **Protection for Third Parties.** Any person or entity acting without negligence and in good faith in reasonable reliance on this power of attorney shall not incur any liability thereby, nor shall the fact that time has elapsed since its execution prevent such persons or entities from reasonably relying on this instrument. Persons and entities shall place reasonable reliance on this power of attorney regardless of whether it has been filed for record and may request the issuance of an affidavit by the Agent on which the third party may rely.

2.6 **Governing Law.** The laws of the State of Arizona shall govern this power of attorney in all respects.

**Robert C. Porter**, the Principal, hereby signs this Durable General Power of Attorney as of the Effective Date, and being first duly sworn, does hereby declare to the undersigned authority that he signs and executes this instrument as his legally binding Power of Attorney. Principal signs this Power Of Attorney willingly, as his free and voluntary act for the purposes expressed in this Durable General Power of Attorney. Principal declares that he is eighteen years of age or older, of sound mind, and under no constraint or undue influence.

_____   12/18/2023
**Signature of Principal**                **Date**

**Lisa McConnell Joy** (the "Witness"), signs her name to the foregoing Durable General Power of Attorney being first duly sworn, and does hereby declare to the undersigned authority that the Principal has signed and executed this instrument as his power of attorney; that he signed it willingly, and that Witness, in the presence and hearing of the Principal, signed this power of attorney as a witness to the Principal's signing. To the best of Witness's knowledge the Principal is at least eighteen years of age or older, of sound mind and under no constraint or undue influence.

_____   DEC. 18, 2023
**Signature of Witness**                 **Date**

<u>Lisa McConnell Joy</u>
**Printed Name of Witness**


STATE OF FLORIDA        )
                        ) ss
COUNTY OF ALACHUA       )

Subscribed, sworn to, and acknowledged before me, the undersigned Notary Public, by the Principal, **Robert C. Porter**, and subscribed, sworn to, and acknowledged before me by the Witness ~~Lisa McConnell Joy~~ this 18 day of **December, 2023**.

_____
**Notary Public**

JAMES HIGHSMITH
Notary Public - State of Florida
Commission # HH 169080
My Comm. Expires Sep 16, 2025
Bonded through National Notary Assn.